STATE of Missouri, Respondent,

v.

Raymond Edward BROWN, a/k/a George Fields, Appellant.

No. WD 38883.

Missouri Court of Appeals, Western District.

June 30, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied Oct. 13, 1987.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and NUGENT and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from convictions of second degree burglary, § 569.170, RSMo.1986, stealing, § 570.030, RSMo.1986, and possession of burglar's tools, § 569.180, RSMo.1986; and respective sentences of

ten years', ten years', and five years' imprisonment to be served concurrently.

Affirmed. Rule 30.25(b).